# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CLOVIS L. PRINCE, et al. | § | Case No. 09-43627 |
| | § | (Chapter 7) |
| Debtors. | § | (Jointly Administered) |

## TRUSTEE'S WITNESS AND EXHIBIT LIST

Michelle H. Chow, Chapter 7 Trustee, files this, her Witness and Exhibit List for the hearing on Trustee's Motion for Sharing Arrangement set for October 5, 2010, and would respectfully show the Court as follows:

**I.  WITNESSES**

    1.    Clovis Prince.

    2.    Stephen Rasch.

    3.    Michelle Chow.

    4.    Any other witnesses designated by any other party to the proceeding or as needed for rebuttal.

**II.  EXHIBITS**

| Exhibit | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 1. | Final Judgment Against Clovis Prince, individually and as Sole Trustee of the Clovis L. Prince and Katherine M. Robinson Trust in Cause No. 08-12921; in the 193rd District Court in Dallas County, Texas | | | | |
| 2. | Findings of Fact and Conclusions of Law in Cause No. 08-12921; in the 193rd District Court of Dallas County, Texas | | | | |
| 3. | Final Judgment against P&A Real Estate, Inc. in Cause No. 09-14931; in the 193rd District Court of Dallas County, Texas | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Final Summary Judgment | | | | |
| 5. | Transfer Records for Properties Owned by Clovis Prince or Affiliated Entities | | | | |
| 6. | Letter from Julie Abernethy to Clovis Prince dated September 17, 2010 | | | | |
| 7. | Third Amended Petition in Cause No. 09-15246; *American Bank of Texas v. Clovis Prince, as Trustee of the Clovis L. Prince, Katherine M. Robinson, and Tamika D. Prince Trust and Katherine Robinson, as Successor Trustee of the Clovis L. Prince, Katherine M. Robinson, and Tamika D. Prince Trust;* in the 193rd District Court of Dallas County, Texas | | | | |
| 8. | Complaint Objecting to Dischargeability of Debt under 11 U.S.C. § 523 and Discharge under 11 U.S.C. § 727 and Motion to Abate Adversary Proceeding | | | | |
| 9. | Transcripts from Rule 2004 Examination of Clovis Prince taken on March 2, 2010 and June 28, 2010 | | | | |
| 10. | Schedules and Statement of Financial Affairs in Case No. 09-43627, *In re Clovis L. Prince*, filed 12/08/09 | | | | |
| 11. | Amended Schedules and Statement of Financial Affairs in Case No. 09-43726, *In re Clovis L. Prince*, filed 3/08/10 | | | | |
| 12. | Schedules and Statement of Financial Affairs in Case No. 09-43628, *In re Crown Project Management*, filed 12/08/09 | | | | |
| 13. | Schedules and Statement of Financial Affairs in Case No. 09-43645, *In re C. Prince & Associates Consulting, Inc.*, filed 12/08/09 | | | | |

| 14. | Amended Schedules and Statement of Financial Affairs in Case No. 09-43645, *In re C. Prince & Associates Consulting, Inc.*, filed 2/08/10 | | | | |
| --- | --- | --- | --- | --- | --- |
| 15. | Schedules and Statement of Financial Affairs filed in Case No. 08- 36252-bjh11, *In re C. Prince & Associates Consulting, Inc.*, in the Northern District of Texas, Dallas Division on 12/24/08 | | | | |
| 16. | Documents evidencing payments to Union Bank | | | | |
| 17 | Any other exhibit designated by any other party | | | | |
| 18. | Any rebuttal exhibits | | | | |

The Trustee reserves the right to amend or supplement this list.

        Respectfully submitted,

        SINGER & LEVICK, P.C.

        By:    /s/Larry A. Levick
              Larry A. Levick
              State Bar No. 12252600
              Michelle E. Shriro
              State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748

ATTORNEYS FOR MICHELLE H. CHOW, TRUSTEE

## CERTIFICATE OF SERVICE

      I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on this 1st day of October 2010.

        /s/Larry A. Levick
      Larry A. Levick