IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In Re:<br>Clovis L. Prince<br>318 Covington Court<br>Murphy, Texas 75094<br>xxx-xx-7143<br>　　　　　Debtor | § §<br>§<br>§ Case No.: 09-43627<br>§ Chapter No.: 7<br>§ (Jointly administered)<br>§<br>§ |

## Witness and Exhibit List of American Bank of Texas

American Bank of Texas ("American Bank") submits the following list of witnesses and exhibits for the hearing on the Trustee's Motion for Sharing Arrangement set for October 5, 2010 at 11:00 a.m.

**I.** **Witnesses:** American Bank designates the following witnesses for the hearing:

1. Clovis Prince
2. Stephen Rasch
3. Any witnesses designated by any other party to the proceeding or as needed for rebuttal

**II.** **Exhibits:** American Bank designates the following exhibits for the hearing:

| Exhibit No. | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | Final Judgment Against Clovis Prince, individually and as Sole Trustee of the Clovis L. Prince and Katherine M. Robinson Trust in Cause No. 08-12921; in the 193rd District Court in Dallas County, Texas | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Findings of Fact and Conclusions of Law in Cause No. 08-12921; in the 193rd District Court of Dallas County, Texas | | | | |
| 3 | Final Judgment against P&A Real Estate, Inc. in Cause No. 09-14931; in the 193rd District Court of Dallas County, Texas | | | | |
| 4 | Final Summary Judgment against Clovis Prince and C. Prince & Associates Consulting, Inc. in Cause No. 08-12912; in the 193rd District Court of Dallas County, Texas | | | | |
| 5 | Transfer Records for Properties Owned by Clovis Prince or Affiliated Entities | | | | |
| 6 | Letter from Julie Abernethy to Clovis Prince dated September 17, 2010 | | | | |
| 7 | Third Amended Petition in Cause No. 09-15246; *American Bank of Texas v. Clovis Prince, as Trustee of the Clovis L. Prince, Katherine M. Robinson, and Tamika D. Prince Trust and Katherine Robinson, as Successor Trustee of the Clovis L. Prince, Katherine M. Robinson, and Tamika D. Prince Trust;* in the 193rd District Court of Dallas County, Texas | | | | |
| 8 | Complaint Objecting to Dischargeability of Debt under 11 U.S.C. § 523 and Discharge under 11 U.S.C. § 727 and Motion to Abate Adversary Proceeding | | | | |

| 9 | Transcripts from Rule 2004 Examination of Clovis Prince taken on March 2, 2010 and June 28, 2010 | | | | |
|---|---|---|---|---|---|
| 10 | Any other exhibit designated by any other party | | | | |
| 11 | Any rebuttal exhibits | | | | |

Respectfully submitted,

THOMPSON & KNIGHT LLP

By: /s/ Julie C. Abernethy_____
Stephen C. Rasch
State Bar No. 16551420
Stephen.Rasch@tklaw.com

Julie C. Abernethy
State Bar No. 24056947
Julie.Abernethy@tklaw.com

1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214/969-1700
Facsimile: 214/969-1751

**ATTORNEYS FOR AMERICAN BANK OF TEXAS**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent by ECF and/or First Class Mail, postage prepaid, to the following on October 1, 2010, and to all other parties requesting ECF notice:

Kerry Simmons
2340 Trinity Mills
Suite 300
Carrollton, Texas 75006

Michelle Chow
U.S. Trustee
c/o Larry Levick
16200 Addison Road, Suite 140
Addison, Texas 75001

/s/ Julie C. Abernethy_____
Julie C. Abernethy